## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CV301 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| BRUCE W. PLUGGE, GLORIA G. PLUGGE, IRENE F. GARSKA, GARSKA & PLUGGE, Inc., and LEONARD AKERT, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for Dismissal pursuant to Fed. R. Civ. P. 41(a)(2), for the reason that the debt that is the subject of the complaint has been satisfied. The Court finds that this matter should be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Dismissal (Filing No. 12) is granted;

2. The Plaintiff's Motion for Default Judgment (Filing No. 10) is denied as moot;

3. The Complaint is dismissed with prejudice; and

4. The parties will pay their own costs and fees unless otherwise agreed to by and between them in writing.

DATED this 21st day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge